USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                  :

UNITED STATES OF AMERICA        :  **Order Excluding Time**
                                  :
   v.                               :  23 Cr. 286(NSR)
                                  :
John Chen, a/k/a "Chen Jun," and  :
Lin Feng                             :
                                  :
   Defendants.                   :
                                  :
- - - - - - - - - - - - - - - - - - - x

     The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Kathryn Wheelock, that the time period from June 30, 2023, through and including July 10, 2023 be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

     The Government seeks the exclusion of the foregoing period in the interest of justice so that the parties can produce and review discovery, evaluate any potential motion practice, and continue discussions about a potential pretrial disposition.

     Full consideration having been given to the matter set forth therein, it is hereby

     ORDERED that the time between June 30, 2023, through and including July 10, 2023, be excluded from the computation of the time period within which trial of the charges against the

1

defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendants in a speedy trial.

Dated: White Plains, New York
July 5, 2023

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Clerk of Court is requested to terminate the motion at ECF No. 11.**