UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

JOHN CHEN,

                Defendant.
------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 286 (NSR)

TO:   NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the July 24, 2024, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  August 9, 2024
        White Plains, New York

                                                      Respectfully submitted,

                                                      ANDREW E. KRAUSE
                                                     United States Magistrate Judge

August 9, 2024

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

                                      **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge