# Law Offices of Julie Rendelman, LLC

521 FIFTH AVENUE, 17th FLOOR
NEW YORK, NEW YORK 10175

Office: 212-951-1232
Cell: (646) 425-5562                                    Email: Julie@RendelmanLaw.com

_____

October 21, 2024

Honorable Nelson S. Román
United States District Court Magistrate
300 Quarropas Street
White Plains, NY 10601

**RE:**  United States v. John Chen et al.
           7:23-cr-00286

Your Honor,

      This letter is submitted on behalf of defendant, John Chen, to respectfully request that the above captioned case, currently scheduled for sentencing on October 30, 2024, be adjourned to November 19, 2024, to allow time for the defense to complete their sentencing submission.
      I have confirmed with the Government that they have no objection to such an adjournment.
      I am available if there are any questions or concerns regarding this issue.   Thank you.

                Sincerely,

                /s/ Julie Rendelman
                Julie Rendelman, Esq.
                *Counsel for Defendant John Chen*